# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1526
L.T. Case No. 05-2016-CF-045407-A

_____

MATTHEW J. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Matthew J. Young, Milton, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____